# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS LLC § | |
| § | CIVIL NO: |
| vs. § | WA:20-CV-00464-ADA |
| § | |
| MICROSOFT CORPORATION § | |

## ORDER RESETTING MARKMAN HEARING

    IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **MARKMAN HEARING** by zoom on **Tuesday, March 23, 2021 at 09:00 AM**. The link for the hearing will be sent by e-mail.

    IT IS SO ORDERED this 8th day of March, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE