AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| WSOU INVESTMENTS, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:20-CV-464-ADA |
| MICROSOFT CORPORATION | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MICROSOFT CORPORATION.

Date: 01/05/2022

/s/ Brooke S. Boll
*Attorney's signature*

Brooke S. Boll, CA SBN 318372
*Printed name and bar number*

SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013

*Address*

brooke.boll@sidley.com
*E-mail address*

(213) 896-6633
*Telephone number*

(213) 896-6600
*FAX number*

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this filing via the Court's CM/ECF system per Local Rule CV-5(a) on January 5, 2022.

                                                  */s/ Brooke S. Boll*
                                                  Brooke S. Boll