# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELPOTMENT,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**MICROSOFT CORPORATION,**<br><br>    **Defendant.** | Civil Action No. 6:20-cv-00464-ADA |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that James "Travis" Underwood of Gillam & Smith, LLP enters his appearance on behalf of Defendant Microsoft Corporation in this matter as additional counsel.

James "Travis" Underwood may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 102 N. College, Suite 800, Tyler, Texas 75702; Telephone: (903) 934-8450; Facsimile: (903) 934-9257; e-mail travis@gillamsmithlaw.com.

Dated: February 4, 2022

Respectfully submitted,

*/s/ James Travis Underwood*
James Travis Underwood
Texas Bar No. 24102587
GILLAM & SMITH, LLP
102 N. College, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: travis@gillamsmithlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 4th day of February, 2022 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(b)(1).

*/s/ James Travis Underwood*
James Travis Underwood