IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT**, <br><br> *Plaintiff,* <br><br> v. <br><br> **MICROSOFT CORPORATION**, <br><br> *Defendant.* | **CIVIL ACTION 6:20-CV-00460-ADA** <br> **CIVIL ACTION 6:20-CV-00464-ADA** <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO RESET PRETRIAL CONFERENCE AND TRIAL DATES

TO THE HONORABLE COURT:

Plaintiff WSOU Investments, LLC ("WSOU") and Defendant Microsoft Corporation ("Microsoft") (collectively, the "Parties"), pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadline, submit this Joint Motion to reset the final pretrial conference and trial dates in view of agreed changes in the case schedules memorialized in the Joint Notice Concerning Agreement to Extend Deadlines, filed on February 28, 2022. The Parties have agreed to adjust the Scheduling Order to afford the Parties more time for the purposes of completing a fact deposition in Civil Action No. 6:20-cv-00464. The Parties jointly move the Court to reset the final pretrial conference and trial dates as follows:

| Event | Proposed New Date for -460, and -464 cases |
|---|---|
| Final Pretrial Conference | 7/26/22 |
| Trial | 8/2/22 |

1

| | |
|---|---|
| DATED: February 28, 2022 | Respectfully submitted, |
| */s/ Kalpana Srinivasan* | */s/ Melissa R. Smith* |

| | |
|---|---|
| Max L. Tribble, Jr., Bar No. 2021395<br>mtribble@susmangodfrey.com<br>Shawn Blackburn, Bar No. 24089989 *(pro hac vice)*<br>sblackburn@susmangodfrey.com<br>Bryce Barcelo, Bar No. 24092081*(pro hac vice)*<br>bbarcelo@susmangodfrey.com<br>J. Hoke Peakcock III, Bar No. 15673980<br>tpeackock@susmangodfrey.com<br>**SUSMAN GODFREY LLP**<br>1000 Louisiana St, Suite 5100<br>Houston, TX 77002-5096<br>Tel: (713) 651-9366 | Melissa R. Smith, Bar No. 24001351<br>melissa@gillamsmithlaw.com<br>James "Travis" Underwood, Bar No. 24102587<br>travis@gillamsmithlaw.com<br>**GILLAM & SMITH, LLP**<br>303 South Washington Avenue<br>Marshall, Texas 75670<br>Tel: (903) 934-8450<br>Fax: (903) 934-9257 |
| Kalpana Srinivasan, CA Bar No. 237460 *(pro hac vice)*<br>ksrinivasan@susmangodfrey.com<br>Anna Catherine Coll, CA Bar No. 337548 *(pro hac vice)*<br>acoll@susmangodfrey.com<br>**SUSMAN GODFREY LLP**<br>1900 Avenue Of The Stars, Suite 1400<br>Los Angeles, CA 90067-6029<br>Tel: (310) 789-3100 | Michael J. Bettinger<br>mbettinger@sidley.com<br>Irene Yang<br>irene.yang@sidley.com<br>**SIDLEY AUSTIN LLP**<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Tel: (415) 772-1200<br>Fax: (415) 772-7400 |
| Elizabeth Aronson, NY Bar No. 5704432 *(pro hac vice)*<br>**SUSMAN GODFREY LLP**<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Tel: (212) 336-8330 | Richard A. Cederoth<br>rcederoth@sidley.com<br>John W. McBride<br>jwmcbride@sidley.com<br>**SIDLEY AUSTIN LLP**<br>1 South Dearborn St.<br>Chicago, IL 60603<br>Tel: (312) 853-7000<br>Fax: (312) 853-7036 |
| Mark D. Siegmund, Bar No. 24117055<br>mark@swclaw.com<br>**STECKLER WAYNE COCHRAN CHERRY, PLLC**<br>8416 Old McGregor Rd.<br>Waco, TX 76712<br>Tel: (254) 651-3690 | Brooke S. Boll<br>brooke.boll@sidley.com<br>**SIDLEY AUSTIN LLP**<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>Tel: (213) 896-6633<br>Fax: (213) 896-6600<br><br>***ATTORNEYS FOR MICROSOFT CORPORATION*** |

*ATTORNEYS FOR WSOU*
*INVESTMENTS, LLC D/B/A BRAZOS*
*LICENSING AND DEVELOPMENT*

## **CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this filing via the Court's CM/ECF system per Local Rule CV-5(a) on February 28, 2022.

*/s/ Melissa R. Smith*
Melissa R. Smith
