IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT**, <br><br> *Plaintiff,* <br><br> v. <br><br> **MICROSOFT CORPORATION**, <br><br> *Defendant.* | § § § § § § § § § § § § § § § § § | **CIVIL ACTION 6:20-CV-00460-ADA** <br> **CIVIL ACTION 6:20-CV-00464-ADA** <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO RESET PRETRIAL CONFERENCE AND TRIAL DATES

The Court, having considered the Joint Motion to Reset Pretrial Conference and Trial Dates, hereby ORDERS that the motion is GRANTED.

For Civil Action Nos. 6:20-cv-00-460, and -464, the final pretrial conference is reset to July 26, 2022 and trial is reset to August 2, 2022.

SIGNED this 28th day of February, 2022.

_____
THE HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE