**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br>v.<br><br>MICROSOFT CORPORATION<br><br>Defendant. | CASE NO. 6:20-CV-00457-ADA<br>CASE NO. 6:20-CV-00460-ADA<br>CASE NO. 6:20-CV-00463-ADA<br>CASE NO. 6:20-CV-00464-ADA<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING JOINT MOTION TO RESET PRETRIAL CONFERENCE AND TRIAL DATES**

The Court, having considered the Joint Motion to Reset Pretrial Conference and Trial Dates, hereby ORDERS that the motion is GRANTED. The final pretrial conference for Case Nos. 6:20-cv-00460 and 6:20-cv-00464 is reset to July 25, 2002, and the trial for Case Nos. 6:20-cv-00460 and 6:20-cv-00464 is reset to August 1, 2022. The final pretrial conference for Case Nos. 6:20-cv-00457 and 6:20-cv-00463 is reset to August 8, 2022, and the trial for Case Nos. 6:20-cv-00457 and 6:20-cv-00463 is reset to August 15, 2022.

SIGNED this _____ day of _____, 2022.

HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE